IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JOHN WHITE,** | : |
| **Plaintiff,** | : |
| vs. | : CIVIL ACTION 11-00037-CG-N |
| **TONY PATTERSON, et al,** | : |
| **Defendants.** | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 26th day of March, 2012.

                                         /s/  Callie V. S. Granade
                                         UNITED STATES DISTRICT JUDGE