## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOHN WHITE,** | : | |
| **Plaintiff,** | : | |
| **vs.** | : | **CIVIL ACTION 11-00037-CG-N** |
| **TONY PATTERSON, <u>et al</u>,** | : | |
| **Defendants.** | : | |

### JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice.

**DONE and ORDERED** this 26th day of March, 2012.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE